IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Civ. No. 15-1072 MV/SCY

MARK AUSTIN, and
CATHERINE AUSTIN,

    Defendants.

**ORDER ADOPTING**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

On October 31, 2018, United States Magistrate Judge Steven C. Yarbrough entered Proposed Findings and Recommended Disposition (PFRD) (Doc. 71) recommending that the Court grant the United States' Opposed Motion for Entry of Order of Foreclosure (Doc. 69). Judge Yarbrough notified the parties that they had 14 days from the service of the PFRD to file any objections to the PFRD. Doc. 71 at 3. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation. The Court will therefore **ADOPT** Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 71); **GRANT** the United States' Motion for Entry of Order of Foreclosure (Doc. 69), and enter the Order of Foreclosure and to Vacate concurrently herewith.

    **IT IS SO ORDERED.**

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE